IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID WALTON,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **EVERGREEN INTERNATIONAL** | : | |
| **AVIATION, INC., et al.,** | : | |
| Defendants. | : | No. 10-2403 |

## ORDER

AND NOW, this   17th   day of December, 2012, upon consideration of the Defendants' Motion for Summary Judgment (Docket No. 27), Plaintiff David Walton's opposition thereto (Docket No. 29), and the Defendants' reply in support thereof (Docket No. 32), it is hereby ORDERED that the Defendants' Motion for Summary Judgment is GRANTED.

It is further ORDERED that the Clerk of Court shall mark the action as closed.

BY THE COURT:


  /s/  Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge